IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACQUELINE MORGAN,<br><br>  Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:17-CV-4964-SCJ-JFK |

## **ORDER**

The Court strikes Plaintiff's response [Doc. 28-1] brief, filed in opposition to Defendant's Motion [Doc. 26] for Summary Judgment with leave for Plaintiff to refile within fourteen (14) days, for Plaintiff's failure to comply with this Court's Notice to Parties Regarding Summary Judgment Motions ("Notice"), filed on April 1, 2019. Specifically, Plaintiff's response brief did not provide citations to the record as required by the Notice. [Doc. 24]. The Notice reads in pertinent part:

> Because "[i]t should be the party's responsibility to direct the court's attention separately to each portion of the record which supports each of the party's distinct arguments," every factual statement made in the parties' briefs should be followed by a **citation to the record**. Dickson v. Amoco Performance Products, Inc., 845 F. Supp. 1565, 1570 (N.D. Ga. 1994). These citations should include specific page or paragraph numbers, where appropriate. Citations should not be made to the parties' statement of material facts or response thereto.

[Doc. 24 at 1-2].  Despite this clear instruction, Plaintiff's response brief repeatedly cited to her Statement of Material Facts, as well as Defendant's Statement of Material Facts, in the body of the memorandum of law opposing summary judgment.

**THEREFORE**, Plaintiff has **fourteen (14) days** from the service of this Order to revise and submit a response brief in opposition to Defendant's Motion for Summary Judgment that complies with the Court's April 1, 2019, Notice.  Defendant will then have **fourteen (14) days** from the filing of the revised brief by Plaintiff to submit its reply.

The Clerk of Court is **DIRECTED** to strike Plaintiff's memorandum of law [Doc. 28-1] in opposition to Defendant's Motion [Doc. 26] for Summary Judgment with leave for Plaintiff to refile her brief in accordance with this Order and the April 1, 2019, Notice.[1]

**SO ORDERED**, this 4th day of June, 2019.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's response brief [Doc. 28-1] is the only filing to be stricken by the Clerk and the only document to be revised and resubmitted.  Plaintiff's other filings in support of her opposition comply with the Notice.  [Docs. 28-2, 28-3, 28-4, 28-5].